# Exhibit 1

A.J. Declaration

**DECLARATION OF [redacted]**

[redacted] pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is [redacted]. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Georgia, where I am currently located.
2. I was a victim of child sex trafficking at the Master's Inn, located at 1435 Montreal Road, Tucker, Ga 30084, off and on from November 2013 through February 2014, when I was 15 years old. I was later trafficked at the Master's Inn off and on from June 2015 through 2020.
3. My traffickers chose the Master's Inn because it was a place where they could blend in, where that kind of activity was already happening, and where people working at the hotel were aware of and involved in what was going on.
4. From November 2013 through February 2014, I would see more than 10 men for sex each day at the Master's Inn. It was often back-to-back. I sometimes made up to $10,000 in one day. From June 2015 through 2020, I was still seeing more than 10 men for sex each day at the Master's Inn.
5. If there were too many visitors coming to our room, the hotel would call and move us to another area so guests wouldn't complain.

6. Housekeeping cleaned my room every day and often saw signs of sex work, like trash can full of used condoms and a setup on the dresser with condoms, lube, wipes, and towels.
7. Once, I was in the room with a girl who was meeting a man who paid for sex. While they were having sex, a hotel housekeeper came into the room to drop off towels. The housekeeper gave me the towels and supplies, then left.
8. When I ran out of condoms or lube, I could buy more from the vending machine in the front office. The front desk staff would chat with me while I made my purchase, and they could clearly see what I was buying.
9. There was a lot of prostitution and sex trafficking when I was at the Master's Inn. It was very blatant. The girls that were selling sex at the Master's Inn were all wearing skimpy clothes to advertise themselves for sex. The majority of the guests staying at the hotel were selling sex. Half of the girls being sold for sex looked young like me.
10. It was common to see pimps trafficking more than one girl at a time at the Master's Inn. Most of the girls and women there had pimps.
11. The Master's Inn was a playground for the pimps and hoes. This was true the entire time I was trafficked there.

12. There were always people hanging around the property. Young girls would stand around outside wearing very skimpy clothes and walking around to find a buyer in the parking lot.

13. When I was at the Master's Inn, there were well over 100 men who came to the property each day. It was common to see men arriving at all hours, parking for short periods of time, and then leaving.

14. The Master's Inn was located on a well-known track. I often met buyers of commercial sex while walking the track and brought them back to the Master's Inn.

15. The employees at the Master's Inn knew what was going on. The activity was obvious. There were always young girls hanging around, men coming and going from the hotel at all hours, and pimps openly watching the girls. The staff saw this every day and did nothing to stop it.

16. Under 28 U.S.C. § 1746, I declare under penalty of perjury that this Declaration comprising 16 numbered paragraphs is true and correct. Executed on November 4, 2025.

[redacted]

[redacted]