# Exhibit 2

J.L. Declaration

**DECLARATION OF [redacted]**

[redacted], pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is [redacted]. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of New York, where I am a resident.
2. In early 2012, I was trafficked for sex in Atlanta and also worked independently at the Master's Inn located at 1435 Montreal Rd., Tucker, Georgia 30084. When I was at the Master's Inn I had at least 10 men a day coming to the hotel to buy sex. The hotel intentionally placed me and other girls being sold for sex on the back side of the hotel.
3. When I was there, I paid the housekeepers to keep an eye out and not call the police. Each day I paid for the room in cash.
4. The Master's Inn was full of prostitution, pimps, and sex trafficking. It was obvious. About half the hotel was taken up by girls being sold for sex. There was no way the hotel couldn't have seen this activity.
5. I have read this Declaration consisting of 5 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on January 26, 2026.

Signed by:

[redacted] ______________________________

[redacted]