# Exhibit 4

# Malcom Jones Declaration

# DECLARATION OF MALCOLM JONES

Malcolm Jones, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Malcolm Jones. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated here. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.
2. In 2017, I stayed at the Master's Inn located at 1435 Montreal Rd., Tucker, Georgia 30084. I worked on a construction crew that was working on Lawrenceville Highway in front of the hotel. I would stay at the hotel for a week, go home on the weekend and then come back to work on Monday. This lasted probably a month or two.
3. When I was at the Master's Inn after work, I saw 3–5 girls who were walking around the outside of the hotel or in the parking lot, soliciting men to buy them for sex. These girls would be wearing skimpy clothes that looked like they were trying to sell sex.
4. As a joke, one of the guys I worked with sent some of these girls to the room of another co-worker. And the girl showed up. The guy tried to kick that girl out

Docusign Envelope ID: EDF242BE-5F6D-4B63-97E0-168DEF209740


and it caused a scene because the girl was upset she wasn't getting paid a date. She said she wasn't going anywhere until someone paid her some money because she had spent money on an Uber over there. She was yelling and it was near the front office. The guy at the front desk heard this argument going on and told the girl who was causing a scene she needed to leave.

5. I have read this Declaration consisting of 5 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 2, 2026.

DocuSigned by:

CD1DF9CE155A460...

Malcolm Jones