# Exhibit 5

# Kameisha Ward Declaration

**DECLARATION OF KAMEISHA WARD**

Kameisha Ward, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Kameisha Ward. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am currently located.

2. I lived at the Masters Inn at 1435 Montreal Road in Tucker, Georgia 30084, for about 9 months around 2021 to 2022. I lived there with my children. I grew up in the area and am familiar with the hotel and its staff. I saw many of the same people who worked at the hotel for a decade or more, including the manager of the hotel, Annie, who also lived on the property. Annie was often rude, especially to women. She didn't care about the drugs, prostitution, and other crime on the property or do anything to intervene or prevent it. Annie was strict about certain things, like people who were in a county program living at the hotel because they wanted to rent rooms to other people.

3. I saw a lot of drugs, prostitution, and other crime during the entire time that I lived there. You could tell there were drugs and prostitutes because people would come from across the street from other hotels to sell drugs. I saw a lot

of drug transactions happen on the property. I also saw girls who only came out at night. Some of the women appeared younger and many of them looked like they were on drugs. They dressed like adults with short shorts, dresses, and lots of makeup like prostitutes. These women would hang around with other men on the property who would go into rooms with them and leave shortly after. While I lived there I never saw any security guards or other staff patrolling the property for safety.

4. There was a man who also stayed at the Masters Inn for an extended period of time with three girls he called his kids. I never saw these kids go to school or line up for the bus in the mornings. At night, the girls would come out and walk around the hotel dressed like adult prostitutes wearing high heels, short dresses, false eyelashes, and lots of lipstick that was unusual for girls their age.

5. For a few months, I lived in a room on the front side on the third floor. Then, after a couple of months I was moved to a different room on the first floor at the Masters Inn on back side of the hotel by the highway. When I moved to this room I had several different men knock on my door at all hours of the night asking for a specific woman who they appeared to know and asked if she was still in the room. I learned that the person who stayed in the room before me was a prostitute. I complained about the men coming to my room

to management who ignored me and told me if I kept complaining that I would be kicked.

6. I saw adult men going and coming at the hotel all the time. They would pull up to the hotel, park, and go to a room for 30 minutes or so, and then come back out.

7. I have read this Declaration consisting of 7 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 17, 2026.

Signed by:
Kameisha Ward
163C0566DAC64EF...

Kameisha Ward