IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W.,<br>*Plaintiff*,<br>v.<br>Shree Vishnu Hotel, LLC, and Trinity SNK Corporation f/k/a Global Management & Investment Corporation,<br>*Defendants*. | Civil Action File No.<br>1:26-cv-05730-SEG |

## Joint Notice of Resolution and Request to Stay Case

COME NOW Plaintiff G.W. and Defendants Shree Vishnu Hotel, LLC and Trinity SNK Corporation (collectively, the Parties), by and through their respective undersigned counsel, and jointly notify the Court that they have reached an agreement in principle to resolve all claims asserted in this action. In support of this Joint Notice and the accompanying request to stay the case, the Parties show the Court as follows:

1. The Parties have resolved the claims made in this case. The Parties are currently working in good faith to finalize the written settlement documents necessary to fully and finally resolve this matter.

2. To allow the Parties sufficient time to execute the settlement documents, exchange settlement consideration, and prepare and file appropriate dismissal paperwork, the Parties jointly request that the

Court stay this action for thirty (30) days from the date of entry of an order granting this request.

3. The Parties will file the appropriate dismissal paperwork on or before the expiration of the requested stay or, if additional time is needed, will file a status report advising the Court of the progress of the settlement.

4. A proposed order granting the requested stay is submitted contemporaneously herewith.

WHEREFORE, the Parties respectfully request that the Court (i) take notice of the resolution of this matter; (ii) stay this action for thirty (30) days to allow the Parties to finalize settlement documents and file appropriate dismissal paperwork; and (iii) grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 23rd day of October 2026.

**Andersen, Tate & Carr, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. Mcdonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
(770) 822-0900
***Attorneys for Plaintiff***

**Hawkins Parnell & Young, LLP**

*/s/ C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317
skeith@hpylaw.com
303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
***Counsel for Defendants***

## **Certificate of Service**

I hereby certify that on this date I electronically filed the foregoing *Joint Notice of Resolution and Request to Stay Case* with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 23rd day of October 2026.

/s/ *C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317
***Counsel for Defendants***