IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W.,<br>*Plaintiff*,<br>v.<br>Shree Vishnu Hotel, LLC, and Trinity SNK Corporation f/k/a Global Management & Investment Corporation,<br>*Defendants*. | Civil Action File No.<br>1:26-cv-05730-SEG |

# <u>Order Granting Joint Request to Stay Case</u>

This matter is before the Court on the Parties' *Joint Notice of Resolution and Request to Stay Case*, in which Plaintiff G.W. and Defendants Shree Vishnu Hotel, LLC and Trinity SNK Corporation jointly advise the Court that they have resolved the claims asserted in this action and request a thirty (30) day stay to allow them to finalize settlement documents and file appropriate dismissal paperwork.

Upon review of the Joint Notice, and for good cause shown, the request is **GRANTED**.

**IT IS HEREBY ORDERED** that this action is **STAYED** for thirty (30) days from the date of this Order. All pending deadlines are suspended during the stay.

**IT IS FURTHER ORDERED** that, on or before the expiration of the stay, the Parties shall file either (i) the appropriate dismissal paperwork, or (ii) a joint status report advising the Court of the progress of the settlement and setting forth any further relief requested.

**SO ORDERED** this _____ day of __________________ 2026.

______________________________________

Honorable Sarah E. Geraghty
United States District Judge
Northern District of Georgia