IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W.,<br>*Plaintiff*,<br>v.<br>Shree Vishnu Hotel, LLC, and Trinity SNK Corporation f/k/a Global Management & Investment Corporation,<br>*Defendants*. | Civil Action File No.<br>1:26-cv-05730-SEG |

# Order Granting Joint Request to Stay Case

This matter is before the Court on the Parties' *Joint Notice of Resolution and Request to Stay Case*, in which Plaintiff G.W. and Defendants Shree Vishnu Hotel, LLC and Trinity SNK Corporation jointly advise the Court that they have resolved the claims asserted in this action and request a thirty (30) day stay to allow them to finalize settlement documents and file appropriate dismissal paperwork.

Upon review of the Joint Notice, and for good cause shown, the request is **GRANTED**.

**IT IS HEREBY ORDERED** that this action is **STAYED** for thirty (30) days from the date of this Order. All pending deadlines are suspended during the stay.

**IT IS FURTHER ORDERED** that, on or before the expiration of the stay, the Parties shall file either (i) the appropriate dismissal paperwork, or (ii) a joint status report advising the Court of the progress of the settlement and setting forth any further relief requested.

SO ORDERED this 26th day of October, 2026.

Sarah E. Geraghty
United States District Judge