**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **G.W.,**<br>*Plaintiff,*<br>v.<br>**Shree Vishnu Hotel, LLC, *et al.*,**<br>*Defendants.* | Civil Action File No.<br>1:26-cv-05730-SEG |

# Stipulation of Dismissal with Prejudice

Plaintiff G.W. and Defendants Shree Vishnu Hotel, LLC and Trinity SNK Corporation f/k/a Global Management & Investment Corporation, through their undersigned counsel, stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action in its entirety, including all claims asserted against all Defendants, *with prejudice*.

Each party shall bear its own attorney's fees and costs.

Respectfully submitted this 9th day of November 2026.

**Andersen, Tate & Carr, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
(770) 822-0900
***Attorneys for Plaintiff***

**Hawkins Parnell & Young, LLP**

*/s/ C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317
skeith@hpylaw.com
303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
***Counsel for Defendants***

## Certificate of Service

I hereby certify that on this date I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 9th day of November 2026.

*/s/ C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317
***Counsel for Defendants***